1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH CURTZWILER, et al.,              No.  2:16-cv-00315 MCE-AC

12                Plaintiffs,

13       v.                                   **RELATED CASE ORDER**

14   CLARK VANDEVENTER, et al.,

15                Defendants.

16   CLARK VANDEVENTER, et al.,
                                              No.  2:16-cv-00382 MCE-KJN
17                Plaintiffs,

18       v.

19   KENNETH CURTZWILER, et al.,

20                Defendants.

21

22          The Court has received the Notice of Related Case filed on February 22, 2016.

23          Examination of the above-entitled civil actions reveals that these actions are

24   related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

25   many of the same defendants and are based on the same or similar claims, the same

26   property transaction or event, similar questions of fact and the same questions of law,

27   and would therefore entail a substantial duplication of labor if heard by different judges.

28
                                              1

1    Accordingly, the assignment of the matters to the same judge is likely to effect a

2    substantial savings of judicial effort and is also likely to be convenient for the parties.

3        The parties should be aware that relating the cases under Local Rule 123 merely

4    has the result that both actions are assigned to the same judge; no consolidation of the

5    action is effected.  Under the regular practice of this court, related cases are generally

6    assigned to the district judge and magistrate judge to whom the first filed action was

7    assigned.

8        Because the cases are already assigned to the same district judge, this Order is

9    issued to reassign the case from Magistrate Judge Kendall J. Newman to Magistrate

10   Judge Allison Claire for all further proceedings.

11       IT IS THEREFORE ORDERED that the action denominated No. 2:16-cv-00382

12   MCE-KJN, Clark Vandeventer, et al. vs. Kenny Curtzwiler, et al. is reassigned from

13   Magistrate Judge Newman to Magistrate Judge Allison Claire.  Henceforth, the caption

14   on documents filed in the reassigned case shall be shown as No. 2:16-cv-00382-MCE-

15   AC.

16       IT IS SO ORDERED.

17   Dated:  March 15, 2016

18

19

20   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
21   UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

                                    2