UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CURTZWILER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CLARK VANDEVENTER, et al.,<br><br>   Defendants. | No. 2:16-cv-0315 MCE AC<br><br><br>ORDER |

    Defendants removed this action from state court. On June 7, 2016, the court denied defendants' applications to proceed in forma pauperis ("IFP"). ECF No. 10. Defendants have not submitted a new IFP application nor have they paid the required filing fee.

    Accordingly, IT IS HEREBY ORDERED that defendants shall, within 14 days of this order, file a new IFP application or pay the required filing fee. Failure to comply with this order may result in a recommendation that this matter be remanded back to the state court.

DATED: July 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE