GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendants/Counter-Claimants
Kenneth Curtzwiler and Skibum Family, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK VENDEVENTER, an individual, MONICA VANDEVENTER, an individual, TAHOE SKI BUM, L.L.C., a Nevada limited liability company,<br><br>        Plaintiffs,<br>    vs.<br><br>KENNETH CURTZWILER, an individual, SKIBUM FAMILY INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>KENNETH CURTZWILER, an individual, SKIBUM FAMILY INC., a California corporation,<br><br>        Counter-Claimants,<br>    vs.<br><br>CLARK VANDEVENTER, an individual, MONICA VANDEVENTER, an individual, TAHOE SKI BUM, L.L.C., a Nevada limited liability company and ROES 1 through 10, inclusive,<br><br>        Counter-Defendants. | Case No.  Case No.  2:16-cv-00382-MCE-AC<br>Related Case:          2:16-cv-00315-MCE-AC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |



## STIPULATION

It is hereby stipulated and agreed that all claims, including counterclaims, brought in these actions, Civil Case No. 2:16-cv-00382-MCE-AC and Civil Case No. 2:16-cv-0031MCE-AC, between Clark Vandeventer, Monica Vandeventer and Tahoe Ski Bum, LLC and Kenneth Curtzwiler and Skibum Family, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in this action. The parties jointly request that the Court enter an order of dismissal upon this stipulation.

A proposed Order of Dismissal is submitted herewith.

IT IS SO STIPULATED.

DATED: July 28, 2016             **TAHOE LAW CENTER**

                                 By:       /s/JACQUELINE MITTELSTADT
                                        JACQUELINE MITTELSTADT
                                     (AS AUTHORIZED ON JULY 28, 2016)

                                 Attorneys for Clark Vandeventer, Monica
                                 Vandeventer and Tahoe Ski Bum, LLC

DATED: July 28, 2016             **SATIN LEGAL, INC.**

                                 By:       /s/HEATHER M. SATIN
                                         HEATHER M. SATIN
                                     (AS AUTHORIZED ON JULY 28, 2016)

                                 Attorneys for Clark Vandeventer, Monica
                                 Vandeventer and Tahoe Ski Bum, LLC

DATED: July 28, 2016             **MILLSTONE PETERSON & WATTS, LLP**
                                 *Attorneys at Law*

                                 By:       /s/GLENN W. PETERSON
                                         GLENN W. PETERSON

                                 Attorneys for Kenneth Curtzwiler and
                                 Skibum Family, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP,** *Attorneys at Law* /s/ Glenn W. Peterson

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation of the parties, Civil Case No. 2:16-cv-00382-MCE-AC and Civil Case No. 2:16-cv-00315-MCE-AC are hereby dismissed with prejudice. The Clerk of Court is directed to close both cases.

IT IS SO ORDERED.

Dated: July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE